IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Criminal Case No. 08-cr-00231-REB

UNITED STATES OF AMERICA,

    Plaintiff,

v.

Daniel P. Vigliotti

    Defendant.

_____

### PRELIMINARY ORDER OF FORFEITURE
_____

THIS MATTER comes before the Court on the United States' **Motion for Preliminary Order of Forfeiture** [#18] filed December 11, 2008. The Court, having read said Motion and being fully advised in the premises finds:

THAT the United States and defendant Daniel P. Vigliotti entered into a Plea Agreement and Statement of Facts Relevant to Sentencing, which provides a factual basis and cause to issue a forfeiture order under 18 U.S.C. § 981(a)(1)(C), 28 U.S.C. § 2461(c), and 21 U.S.C. § 853(p), and Rule 32.2 of the Federal Rules of Criminal Procedure; and

THAT prior to the disposition of the assets, the United States, or its designated sub-custodian, is required to seize the forfeited property and provide notice to any third parties pursuant to 21 U.S.C. §853(n).

THEREFORE, IT IS ORDERED, DECREED AND ADJUDGED:

1. THAT defendant's interest in the following as gross proceeds and substitute assets of gross proceeds:

a. 5 boxes and one wooden crate containing 4340-type steel, in 2-3/8 inch pieces, having approximate aggregate weight of 807 pounds;

b. 5 boxes containing T200-type steel, in 2-3/8 inch pieces, having approximate aggregate weight of 365 pounds;

c. 525 VL-5 (4340 low energy) steel test specimens;

d. 179 VS-4 (T-200 super high energy) steel test specimens;

e. 516 VH-4 (4340 high energy) steel test specimens;

f. 268 VL-9 (4340 low energy) steel test specimens;

g. 4 L-7 (4340 low energy) steel test specimens;

h. 64 L-6 (4340 low energy) steel test specimens;

I. 16 S-8 (T-200 super high energy) steel test specimens;

j. 10 NIST SRM Series 2098 steel test specimens, Lot #SH17;

k. Dell Dimension 2400 Desktop Computer, SN: CN-040919-70821-38U-61YJ;

l. Dell Dimension 2350 Desktop Computer, SN: CN-0G1494-70821-34M-6QZG;

m. HP Omnibook 900 Laptop Computer, with adapter, SN: (S)US93200632; U.S. Department of Commerce barcode #CD0001022755;

n. eMachines M5312 Laptop Computer, with adapter, SN: N7039-500-05312; and

o. Gateway Model 310 Desktop Computer, SN: 1100509868

is forfeited to the United States in accordance with 18 U.S.C. § 981(a)(1)(C), 28 U.S.C. § 2461(c), and 21 U.S.C. § 853(p);

2. THAT pursuant to Fed. R. Crim. P. 32.2(b)(3), this Preliminary Order of Forfeiture shall become final as to the defendant at the time of sentencing and shall be made part of the sentence and included in the judgment;

3. THAT the United States, or its designated sub-custodian, is directed to seize the property subject to forfeiture, and further to make your return as provided by law;

4. THAT the United States, or its designated sub-custodian, shall publish notice of this Preliminary Order of Forfeiture in accordance with 21 U.S.C. §853(n) via a government website for thirty consecutive days, and to make its return to this Court that such action has been completed;

5. THAT on the adjudication of all third-party interests, if any, the Court will enter a Final Order of Forfeiture pursuant to 18 U.S.C. § 981(a)(1)(C), 28 U.S.C. § 2461(c), and 21 U.S.C. § 853(p), and Rule 32.2 of the Federal Rules of Criminal Procedure , in which all interests will be addressed; and

6. THAT the Court shall retain jurisdiction to enforce this Order and adjudicate the interests of all third-parties in ancillary proceedings.

SO ORDERED December 11, 2008.

BY THE COURT:

s/ Robert E. Blackburn
Robert E. Blackburn
United States District Judge