IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Criminal Case No.  08-cr-00231-REB

UNITED STATES OF AMERICA,

           Plaintiff,

v.

DANIEL P. VIGLIOTTI,

           Defendant.

---

FINAL ORDER OF FORFEITURE AND JUDGMENT

---

THIS MATTER comes before the Court on the **Motion for Final Order of Forfeiture** [#23] filed June 16, 2009, by the United States.  The Court having reviewed the Motion and the record FINDS:

THAT the United States commenced this action pursuant to 18 U.S.C. §981(a)(1)(C), 28 U.S.C. §2461(c), and 21 U.S.C. §853(p);

THAT a **Preliminary Order of Forfeiture** [#19] was entered on December 11, 2008;

THAT all known interested parties were provided opportunity to respond and that publication has been effected as required by 21 U.S.C. § 853(n);

THAT no claims have been filed, and the time for any other third-party to file a claim has expired;

THAT it further appears there is cause to issue a forfeiture order under 18 U.S.C. §981(a)(1)(C), 28 U.S.C. §2461(c), and 21 U.S.C. §853(p).

**NOW, THEREFORE, IT IS ORDERED, DECREED, AND ADJUDGED**:

THAT the **Motion for Final Order of Forfeiture** [#23] filed June 16, 2009, by the

United States is granted;

THAT judgment of forfeiture of the following described property shall enter in favor of

the United States pursuant to 18 U.S.C. §981(a)(1)(C), 28 U.S.C. §2461(c), and 21 U.S.C.

§853(p), free from the claims of any other party:

a.   5 boxes and one wooden crate containing 4340-type steel, in 2-3/8 inch pieces, having approximate aggregate weight of 807 pounds;

b.   5 boxes containing T200-type steel, in 2-3/8 inch pieces, having approximate aggregate weight of 365 pounds;

c.   525 VL-5 (4340 low energy) steel test specimens;

d.   179 VS-4 (T-200 super high energy) steel test specimens;

e.   516 VH-4 (4340 high energy) steel test specimens;

f.   268 VL-9 (4340 low energy) steel test specimens;

g.   4 L-7 (4340 low energy) steel test specimens;

h.   64 L-6 (4340 low energy) steel test specimens;

i.   16 S-8 (T-200 super high energy) steel test specimens;

j.   10 NIST SRM Series 2098 steel test specimens, Lot #SH17;

k.   Dell Dimension 2400 Desktop Computer, SN: CN-040919-70821-38U-61YJ;

l.   Dell Dimension 2350 Desktop Computer, SN: CN-0G1494-70821-34M-6QZG;

m.   HP Omnibook 900 Laptop Computer, with adapter, SN: (S)US93200632; U.S. Department of Commerce barcode #CD0001022755;

n.   eMachines M5312 Laptop Computer, with adapter, SN: N7039-500-05312; and

o.   Gateway Model 310 Desktop Computer, SN: 1100509868;

THAT a Certificate of Reasonable Cause, which this Order constitutes, is now entered pursuant to 28 U.S.C. §2465; and

THAT the United States shall have full and legal title to the forfeited subject property and may dispose of it in accordance with law.

Dated June 16, 2009.

BY THE COURT:

Robert E. Blackburn
United States District Judge